Trina Welch- 20301-023
FCI- Federal Phoenix Satellite Camp
37930 N. 45th Avenue
Phoenix, Arizona 85086
1-623-645-9757
Camp Administrator- Wastell- Extension 4402
Case Manager- Copeland- Extension 4413
Unit Manager- MacNally- Extension 4439
Counselor Barnes- Extension 4412
    Plaintiff/Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH<br>    Plaintiff/Petitioner,<br><br>V.<br><br>KEITH SIMS, KASCO OF IDAHO, AND HIS ENTITIES<br>    Defendant/Respondent. | CASE NO.<br><br>PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS |

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing, I understand that, if my request is granted in a civil rights case, my fee will not be waived, but I will be responsible to pay the entire fee from my prison trust account in increments, when and as I am able to do so. If my request is granted in a habeas corpus case, the fee will be waived.

1. Are you employed? Yes. I am employed at Unicor, as the shipping clerk and the total amount of wages you make per month.
   SHIPPING CLERK (Job Title)    $72.28 per month

2. Within the past six (6) months, have you received any money from any of the following sources?
   a. Business, or other form of self-employment?    NO.
   b. Rent payments, interest or dividends?    NO.
   c. Pensions, annuities, or life insurance payments?    NO.
   d. Welfare, social security, or disability benefits?    NO.

      e. Gifts or inheritances?        NO.
      f. Friends or family?        YES.
      g. Any other sources?        NO.

3. If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past six (6) months.
    a. Stacy Welch (Sister) has put money on trust fund account to help with commissary items, and FRP payments, as well as stamps for mailings of court documents. $1050.00
    b. Norman Welch (Husband) has put money on trust fund account to help with commissary items, and FRP payments, as well as stamps for mailings of court documents. $150.00
    c. Richard Beyl (brother) has put money on trust fund account to help with commissary items, and FRP payments, as well as stamps for mailings of court documents. $400.00
4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property? I signed my interests to any property owned by Trina Welch to be applied to pay any restitution in my plea agreement.
5. List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you contribute or are obligated to contribute, toward their support. N/A
6. I have attached a Prison Trust account Statement to this form. YES.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of December, 2023.

*Quina Marie Welch*
Plaintiff/Petitioner