UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TINA MARIE WELCH,<br><br>               Plaintiff,<br><br>   v.<br><br>KEITH SIMS; KASCO OF IDAHO; and HIS ENTITIES,<br><br>               Defendants. | Case No. 2:23-cv-00580-BLW<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION** |

      Plaintiff, an inmate in federal prison in Arizona, has filed a Complaint[1] and an Application to Proceed in Forma Pauperis. The documentation submitted in support of the Application, however, shows that Plaintiff has received nearly $2,700 in Plaintiff's inmate trust account within a six-month period.

      Because most, if not all, of Plaintiff's basic needs are paid for by the government during incarceration, the Court finds that Plaintiff has had access to sufficient funds to afford the filing fee in this action. The Court notes that, even if an inmate does not *currently* have the entire amount of the filing fee in the inmate's trust account, that is not a sufficient reason to grant an in forma pauperis

---

[1] The Court initially issued an Order to Show Cause why this case should not be dismissed for lack of jurisdiction. Plaintiff's response to that Order suggests that the Court has diversity jurisdiction under 28 U.S.C. § 1332. *See* Dkt. 6, 7.

application. *See Rodriguez v. Cook*, 169 F.3d 1176, 1180 (9th Cir. 1999) (stating that the Prison Litigation Reform Act's in forma pauperis provision requires inmates "to be fiscally responsible and make decisions concerning the merits of their case ... *before* filing" a cause of action) (emphasis added).

For the foregoing reasons, Plaintiff's Application will be denied. Plaintiff must pay the full amount of the filing fee within 14 days if Plaintiff intends to proceed with this case.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 1) is DENIED.

2. If Plaintiff does not pay the $405.00 filing fee within 14 days, this case may be dismissed without prejudice without further notice. Alternatively, Plaintiff may file a Notice of Voluntary Dismissal if Plaintiff no longer intends to pursue this case, in which case no filing fee will be due.

DATED: March 21, 2024

B. Lynn Winmill
U.S. District Court Judge