RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Jack A. Mosby, ISB #10986
jmosby@rmedlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH SIMS, KASCO OF IDAHO, AND HIS ENTITIES.<br><br>Defendant(s). | Case No. 2:23-cv-00580-BLW<br><br>**DEFENDANTS' MOTION TO STRIKE** |

Defendants Keith Sims and Kasco of Idaho, LLC, by and through their undersigned counsel of record, of the firm Ramsden, Marfice, Ealy & De Smet, LLP, hereby move to strike, in whole or in part, the Plaintiff's claim in this case, as the same are set forth at ECF No. 3 and/or ECF No. 19, as well as the Plaintiff's various filed documents including the *Prisoner Complaint Join the counterclaim Suit against Keith Sims, Kasco of Idaho LLC and his Entitities*[sic] filed as ECF No. 3, the *Amended Title and Complaint Against Keith Sims, Kasco of Idaho, LLC and His Entities* filed as ECF NO. 19, and the various other filings in the record of this case including ECF Nos. 19-2, 19-3, 19-5, 19-6, 20, and 20-1.

This motion to strike is based upon the supporting analysis set forth within the Defendants' Memorandum in Support of Motion to Dismiss filed as ECF No. 14-1, and with

DEFENDANTS' MOTION TO STRIKE - 1

the *Reply In Support of Defendants' Motion to Dismiss* filed contemporaneously herewith.

DATED this <u>25th</u> day of June 2024.

          RAMSDEN, MARFICE, EALY & DE SMET, LLP

          By: _____
          Jack Mosby, Of the Firm
          *Attorneys for Defendants*

DEFENDANTS' MOTION TO STRIKE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2024, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Trina Welch - 20301023<br>FCI- Federal Phoenix Satellite Camp<br>37930 N. 45th Avenue<br>Phoenix, Arizona 85086<br><br>*Plaintiff – pro se* | _x_ US Mail<br>___ Overnight Delivery<br>___ Hand Delivered<br>___ Facsimile:<br>___ ECF: |
| Norman Welch<br>PO Box 82<br>Saint Regis, MT 59866 | _X_ US Mail<br>___ Overnight Mail<br>___ Hand Delivered<br>___ Facsimile<br>_X_ Email: normantrina@yahoo.com |

_/s/ Amanda Clark_
Amanda Clark