Trina Marie Welch
20301-023
Federal Prison Camp-Phoenix
37930 N. 45th Avenue
Phoenix, Arizona 85086
normantrina@yahoo.com
    Pro-Se

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH,<br><br>    Plaintiff,<br><br>VS.<br><br>KASCO OF IDAHO LLC, an Idaho limited liability company; and KEITH A SIMS, an individual,<br><br>    Defendant. | CASE NO.: 2:23-CV-00580-BLW<br><br>RESPONSE TO DEFENDANTS' MOTION TO DISMISS |

    COMES NOW, Plaintiff Trina Marie Welch, and submits this **RESPONSE TO DEFENDANTS' MOTION TO DISMISS** as Plaintiff does not have a law degree, I ask the Honorable Court to observe the holding in Haines v. Kerner, 404 U.S. 519 (1972).

    Whereas plaintiff proceeds pro se, the Court must liberally construe the complaint. Bernhardt v. Los Angeles County, 339 F. 3d 920, 925 (9th Cir. 2003) ("Courts have a duty to construe pro se pleadings liberally including pro se motions as well as complaints.") In fact, the Supreme Court has held that "a pro se complaint, however in-artfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976) (internal quotation marks and citations omitted).

    Plaintiff is asking the Honorable Court to DENY THE DEFENDANT'S MOTION TO DISMISS and also DENY DEFENADANT'S REQUEST TO STRIKE VARIOUS CLAIMS. The Seventh Amendment applies by its term in suits at common law; it also has held to apply to new causes of action created by congressional enactment if the statute creates legal rights and remedies enforceable in actions for damages in the ordinary court of laws. Personal injury and harm actions is prototypical example of action at law and the word "legal," as used in Statutes and Rules, is a term of art and in situations in which "legal" relief is available and "legal" rights are determined as rights exist in civil actions under Act For Lost Wages were sought. Trina Welch is not filing any frivolous and untruthful motions or filings and plaintiff objects to the false accusations and strikes in the defendants Motion To Dismiss and Strikes, as the plaintiff does respect the honorable court and is praying that the judicial system sees the "TRUTH" in this case and

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

that nobody is above the law as these actions continue to create intentional harm when defendant could have come forward at any time and told the "TRUTH" in the checks that he gave to investigators and government, instead the defendant blames the Government for not uncovering the "TRUTH" and states it in his interrogatory that it was the government that charged Trina Welch not Keith Sims. This is hard to accept when the information to charge Trina Welch came from Keith Sims and his staff that helped him to receive a million dollars from an insurance policy and allow a false number of checks to create a false judgement, conviction, and fraud on the courts. This case does involve questions of Federal Law, involves more than $75,000.00, and Trina Welch and Keith Sims live in different Jurisdictions. Trina Welch is asking the honorable court that Plaintiff is showing that there is a genuine dispute as to all claims and all material facts and the Plaintiff is entitled to judgment as a matter of law. Fraud Statute as the Supreme Court recently note that provisions "give[es] defendants total repose after five years," Merck & Co, Inc. v. Reynolds, 130 S. Ct. 1784, 1797, 176 L. Ed. 2d 582 (2010) (emphasis added). There is little meaningful distinction between the languages of 28 U.S.C. § 1658 (b) (2) and section 16 (b) - one provides that suits "may be brought not later than...2 to 7 years after such violation," and the other provides that "no such suit shall be brought more than two years after the date such profit was realized." This nearly identical language should "giv[e] defendants' total repose" under both statutes. See Merch, 1305, Ct. at 1797. Trina Welch prays that the Honorable Court will honor this complaint and its relevance of information that has caused irreparable harm on plaintiff.

    This motion is based upon the supporting memorandum and the pleadings and documents on file with the Honorable Court.

    DATED this 31st day of May, 2024.

By: _____
Trina Welch- Pro-Se

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that **MEMORANDUM IN RESPONSE OF DEFENDANTS MOTION TO DISMISS** was placed in the prison mailing system on May 31, 2024 and mailed to the following:

Executed (signed) on May 31, 2024.

*Trina Welch*

Trina Welch-Pro-Se

Jack Mosby
Ramsden, Marfice, Ealy, & De Smet, LLP          BY" PRISON MAILING SYSTEM
700 Northwest Boulevard
PO BOX 1336
Coeur D' Alene, ID 83816-1336

RESPONSE TO DEFENDANTS' MOTION TO DISMISS