UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TINA MARIE WELCH,<br><br>                Plaintiff,<br><br>    v.<br><br>KEITH SIMS and his entities; and KASCO OF IDAHO,<br><br>                Defendants. | Case No. 2:23-cv-00580-DKG<br><br>**ORDER ON PENDING MOTIONS** |

      Plaintiff Trina Marie Welch, an inmate in the custody of the Federal Bureau of Prisons, is proceeding pro se in this civil action. Defendants filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1), (b)(5), and (b)(6). Dkt. 14. Plaintiff then filed a First Amended Complaint and, later, a Second Amended Complaint. Dkt. 19, 26.

      Plaintiff did not seek leave to file either pleading. *See* Fed. R. Civ. P. 15(a)(1), (2) ("A party may amend its pleading once as a matter of course no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.… In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). However, mindful of Plaintiff's pro se status, the Court will permit Plaintiff to proceed with the Second Amended Complaint as the operative pleading in this case. Plaintiff should be aware that any additional amendments to pleadings must be accompanied by a

motion to amend and a supporting memorandum. *See* D. Idaho Loc. Civ. R. 15.1 ("Any amendment to a pleading … must reproduce the entire pleading as amended. The proposed amended pleading must be submitted at the time of filing the motion to amend.").

## ORDER

**IT IS ORDERED:**

1. Because Plaintiff will be permitted to proceed on the Second Amended Complaint, Defendants' Motion to Dismiss the initial Complaint and Motion to Strike the First Amended Complaint (Dkts. 14 and 21) are MOOT.

2. Defendants must respond to the Second Amended Complaint (Dkt. 26), whether by answer or pre-answer motion, within 21 days after entry of this Order.

DATED: July 16, 2024

_____
Honorable Debora K. Grasham
United States Magistrate Judge