RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Jack A. Mosby, ISB #10986
jmosby@rmedlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH SIMS, KASCO OF IDAHO, AND HIS ENTITIES.<br><br>Defendant(s). | Case No. 2:23-cv-00580-DKG<br><br>**DEFENDANTS' SECOND MOTION TO STRIKE AND MOTION TO SEAL** |

Defendants Keith Sims and Kasco of Idaho, LLC, by and through their undersigned counsel of record, of the firm Ramsden, Marfice, Ealy & De Smet, LLP, hereby move to strike, in whole or in part, the Plaintiff's statements and documents in the record of this case, as the same are set forth at ECF Nos. 27, 27-1, and 27-2. This motion to strike is supported by the Federal Rules of Evidence ("F.R.E.") as set forth herein below. The motion to seal is supported by the Federal Rules of Civil Procedure ("F.R.C.P.") as set forth herein below.

For simplicity, and due to the voluminous subject matter of this motion to strike, Defendants present their objections and move to strike as to entire pages within the documents filed by the Plaintiff at ECF Nos. 20, 27, 27-1, and 27-2. Said objections and motions to strike are set forth by identifying the legal bases for the objections under the rules of evidence and thereafter

DEFENDANTS' MOTION TO STRIKE AND MOTION TO SEAL - 1

identifying which ECF numbers and pages are subject to said objection grounds.

Defendants object and move to strike all of ECF nos. 20-1 and 27-1 for lack of authentication (F.R.E. 901), lack of foundation of personal knowledge (F.R.E. 602), best evidence rule (F.R.E. 1002), and as hearsay (F.R.E. 801, 802, and 805) testimony about what purported unidentified and not supplied documents state, and on the basis that the same constitute legal conclusions (F.R.E. 701, 702, and 703) as to the legal consequence of such supposed documents.

Defendants object and move to strike documents redundantly filed (i.e., wasting time and needlessly presenting cumulative evidence, inadmissible under F.R.E. 403) including ECF no. 27 as a duplicate of ECF no. 20 and ECF no. 27-1 as a duplicate of ECF no. 20-1.

Defendants object and move to strike for lack of authentication (F.R.E. 901), lack of foundation of personal knowledge (F.R.E. 602), lack of relevance (F.R.E. 401), as hearsay (F.R.E. 801, 802, and 805), and as confusing the issues or needlessly presenting cumulative evidence (F.R.E 403) all of the following pages of ECF no. 27-2: pages 3, 5-9, 11, 13, 15, 17, 19, 21, 23, 25, 27, 29, 31, 33, 35, 37, 39, 41, 43, 45, 47, 52, 57, 59-63, 65, 67, 69, 71, 73, 75, 83, and  85.

Defendants object and move to strike for lack of relevance (F.R.E. 401) and confusing the issues (F.R.E 403) ECF no. 27-2, pages 77-80.

Defendants object and move to strike as unqualified expert testimony (F.R.E. 701, 702, and 703) the notes about whose signature appears on the paper ECF no. 27-2, page 19.

Defendants object and move to strike as impermissible legal conclusion notes about the signature being "forged" on the paper ECF no. 27-2, page 19.

Defendants object and move to strike, or at least to seal, the unredacted personal

information of a party (F.R.C.P. 5.2(a) and 5.2(d)) ECF no. 27-2, pages 21, 27, 29, 31, 33, 35, 37, 39, 41, 43, 45, and 47.

WHEREFORE, the Defendants respectfully request that this Court grant the relief sought as set forth within the foregoing motions to strike on the bases set forth therein.

DATED this 16th day of July 2024.

RAMSDEN, MARFICE, EALY & DE SMET, LLP

By: _____
Jack Mosby, Of the Firm
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July 2024, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Trina Welch - 20301023  
FCI- Federal Phoenix Satellite Camp  
37930 N. 45th Avenue  
Phoenix, Arizona 85086  

_x_ US Mail  
___ Overnight Delivery  
___ Hand Delivered  
___ Facsimile:  
___ ECF:  

*Plaintiff – pro se*

Norman Welch  
PO Box 82  
Saint Regis, MT 59866  

_X_ US Mail  
___ Overnight Mail  
___ Hand Delivered  
___ Facsimile  
_X_ Email: normantrina@yahoo.com  

_____
Amanda Clark

DEFENDANTS' MOTION TO STRIKE AND MOTION TO SEAL - 3