# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

TINA MARIE WELCH,

                    Plaintiff,

      v.

KEITH SIMS and his entities; and
KASCO OF IDAHO,

                Defendants.

Case No. 2:23-cv-00580-DKG

**ORDER**

Because Defendants' motion to dismiss has been denied, *see* Dkt. 28, Defendants' Motion to Strike Plaintiff's response to that motion (Dkt. 29) is DENIED AS MOOT.

DATED: July 17, 2024

Honorable Debora K. Grasham
United States Magistrate Judge