RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Jack A. Mosby, ISB #10986
mjohnson@rmedlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH, | Case No. 2:23-cv-00580-DKG |
| Plaintiff, | |
| vs. | **DEFENDANTS' REQUEST FOR ZOOM HEARING OR RULING ON BRIEFS ON ECF NO. 32** |
| KEITH SIMS, KASCO OF IDAHO, AND HIS ENTITIES. | |
| Defendant(s). | |

Defendants Keith Sims and Kasco of Idaho, LLC, by and through their undersigned counsel of record and pursuant to District Local Civil Rule 7.1(d)(3), hereby request that this Court schedule a hearing to take place by Zoom video conference, on the *Defendants' Second Motion to Dismiss*, filed in this case as ECF No. 32, on July 17, 2024.

Per the Plaintiff's *Notice of Change of Address*, filed in this case as ECF No. 39, the Plaintiff is located in Saint Regis, Montana. It would be judicially efficient for the hearing to take place via Zoom, as opposed to requiring the Plaintiff to travel to Coeur d'Alene, Idaho for a hearing. Wherefore, good cause exists for the Court to permit the hearing to take place via Zoom.

In the alternative, and pursuant to District Local Civil Rule 7.1(d)(1), "[i]f the presiding judge determines that oral argument will not be necessary," then the Defendants request that *Defendants' Second Motion to Dismiss*, filed in this case as ECF No. 32 "be decided on the briefs." Dist. Local Civ. R. 7.1(d)(1).

This motion has been pending since July. The motion has been briefed (see ECF No. 32-1). The Plaintiff's opposition briefing has been submitted (see ECF No. 36 through 36-8 and 38). The Defendants' reply briefing has been submitted(see ECF No. 37). The *Defendants' Second Motion to Dismiss* is fully briefed and ready for a decision by this Court.

The Plaintiff has served discovery in this case (see ECF Nos. 40 and 41), which the parties have conferred upon and resolved for the time being. However, it would be a judicially efficient for the Court to decide the *Defendants' Second Motion to Dismiss* before the parties expend any further amounts of money and time on this case, if the case is to be resolved in said motion.

Wherefore, the Defendants respectfully request that this Court either decide the *Defendants' Second Motion to Dismiss* on the briefing, or schedule a zoom hearing on the motion.

DATED this 22nd day of October 2024.

RAMSDEN, MARFICE, EALY & DE SMET, LLP

By: _____
Jack Mosby, Of the Firm
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October 2024, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Trina Welch - 20301023<br>PO Box 32<br>Saint Regis, MT 59866<br><br>*Plaintiff – pro se* | _X_ US Mail<br>___ Overnight Delivery<br>___ Hand Delivered<br>___ Facsimile:<br>___ ECF:<br>_X_ Email: normantrina@yahoo.com |

*/s/ Amanda Clark*
Amanda Clark